

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-16-00933-CR

Style:  Gregory Scott v. The State of Texas

Date motion filed*:  November 9, 2017

Type of motion:  Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:  Appellant's appointed counsel Danny K. Easterling

Document to be filed:  Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

    Original due date:  September 14, 2017

    Number of extensions granted:  1  Current Due Date:  November 13, 2017

    Date Requested:  January 12, 2018 (120 days from original due date)

Ordered that motion is:

    ☑ Granted, in part

        If document is to be filed, document due:  December 13, 2017.

        ☑    No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because appellant's counsel's request notes that he averages three court appearances per morning and has been working on several other briefs, his second 60-day extension is **granted, in part**, for 30 days, due to the total length requested, but counsel is warned that **no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, if appellant's brief is not filed by **December 13, 2017**, the Court may abate this case for a show-cause hearing. *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually    ☐ Acting for the Court
Date: November 14, 2017